**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RAYMOND DARROW, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | Case No. 05-424C (Senior Judge Bruggink) |

NOTICE OF CHANGE OF ADDRESS

On September 1, 2007, Plaintiffs' attorney, Alan Banov, Alan Banov and Associates, will move to 8401 Colesville Road, Suite 325, Silver Spring, Maryland 20910 (phone: 301-588-9699; fax 301-588-9698).

Respectfully submitted,

/s/ Alan Banov

ALAN BANOV
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910
(301) 588-9699
Fax: (301) 588-9698
abanov@banovlaw.com
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2007, two copies of the foregoing Notice of Change of Address were served by facsimile transmission and by first-class mail, postage prepaid, upon Defendant's counsel at the following address:

Domenique Kirchner, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
1100 L Street N.W.
Washington, D.C. 20530

___/s/_ Alan Banov________
ALAN BANOV